Copy

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>In Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>NEWMAN, PAULINE | 2. Court or Organization<br>U.S. Ct. of Ap. for Fed. Cir. | 3. Date of Report<br>5/13/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>Circuit Jud e - Active Status | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>○ Initial ⦿ Annual ● Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>717 Madison Place, N.W.<br>Washington, D.C. 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br>Reviewin Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory & Review Committee | Advanced Science & Technology Adjudication Proje : |
| 2. | Advi ory Committee | George Mason Univ. School of Law, Law & Economics Center |
| 3. | Yale Graduate School Wilbur Cross Committee | Yale University |
| 4. | Trustee | Trusis |
| 5. | Dire tor | Rule of Law Foundation |
| 6. | Director | Judiciary Leadership Development Council |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable a eements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE RECEIVED MAY 18 10 48 AM '05

## III. NON-INVESTMENT INCOME(Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Pension, FMC Corporation, earned before entry on duty. | $35,10 .00 |
| 2. | 2004 | Royalty, West Publishing Company, textbook | $2,673.74 |

**B. Spouse's Non-Investment Income** - (If you we e married during any portion of the reporting year, please complete this section. Dolla amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS-- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York University School of Law | Mar. 8-11, 2004; New York, New York; Travel, Lodging and Food. |
| 2. | Cardozo School of Law | Mar. 21, 2004; New York, New York; Travel, Lodging and Food. |
| 3. | New York Intellectual Property Law Association | Mar. 26, 2004; New York, New York; Travel, Lodging and Food. |
| 4. | Joint Patent Practice CLE, Inc. | Apr. 22. 2004; New York, New York; Travel, Lodging and Food. |
| 5. | Federa. Circuit Bar Association | June 25-28, 2004; Colora o Springs, Colorado; Lodging and Food. |
| 6. | Liberty Fund | Oct. 23-26, 2004; Richmond, Virginia; Travel, Lodging and Food. |
| 7. | George Mason University School of Law | Oct. 29-30, 2004; Alexandria, Virginia; L   ing and Food. |

## IV. REIMBURSEMENTS– transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☐ **NONE**   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 8. | George Mason University School of Law | Nov. 11-14, 2004; San Antonio, Texas; Travel, Lodging and Food.. |
| 9. | Adv need Science & Technology Adjudication Project | Nov. 18-19, 2004; Annapolis, Maryland; Lodging and Food. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, PAULINE | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Canada Southern Petroleum (Common) | | Div | Y | Y | Partial Sale | 11/18 | J | | |
| 2. T. Rowe Price Mutual Funds (New Horizon; Div. Gr.) | B | Div | Y | I | | | | | |
| 3. Riggs Bank Accounts | A | Int. | Y | Y | | | | | |
| 4. Vanguard Life Strategy Gr. Mutual Fund | C | Div | Y | Y | | | | | |
| 5. First Trust Municipal Bond Fund (Oppenheimer) | B | Int. | K | Y | | | | | |
| 6. First Trust Municipal Bond Fund (Oppenheimer) | B | Int. | J | T | | | | | |
| 7. The Financial Mutual Fund | B | Div | Y | Y | | | | | |
| 8. American Century Growth Mutual Fund | A | Div | Y | I | | | | | |
| 9. Oppenheimer Municipal Bond Fund | B | Int. | Y | T | | | | | |
| 10. American Capital Bond Fund | B | Int. | Y | I | | | | | |
| 11. Corporate High Yield Mutual Bond Fund (Merrill Lynch) | B | Int. | I | T | | | | | |
| 12. Nuveen Municipal Market Opportunity Fund | B | Div | | | Sold | 07/13 | K | | |
| 13. Bedford Money Market Portfolio | A | Div. | I | Y | | | | | |
| 14. Washington Mutual Investment Fund | A | Int. | Y | Y | | | | | |
| 15. Eaton Vance Health Sciences Mutual Fund | A | Div | | | Sold | 12/22 | K | | |
| 16. Invesco Health Science Mutual Fund | A | Div | Y | Y | | | | | |
| 17. Oklahoma Gas & Electric Co. (Common) | A | Div | | | Sold | 11/18 | J | | |
| 18. Central & South West Corp. (Common) | B | Div. | | | Sold | 11/18 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Cod: 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, self. merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Box Energy Corporation | A | Div | K | T | | | | | |
| 20. American Century Select Mutual Fund | A | Div | M | T | | | | | |
| 21. Rochester Fund Municipal Bond Fund | A | Div | K | K | | | | | |
| 22. MFS Emerging Growth Mutual Fund | A | Div | | | Sold | 12/22 | L | | |
| 23. Putnam Europe Mutual Fund | A | Div | K | T | | | | | |
| 24. Seligman Comm & Info. Mutual Fund | A | Div | K | K | | | | | |
| 25. AIM Weingarten Mutual Fund | A | Div | T | K | | | | | |
| 26. Kemper Technology Mutual Fund | A | Div | K | T | | | | | |
| 27. UIT First Trust Bond Fund | A | Div | K | T | | | | | |
| 28. Franklin NY Mutual Fund | A | Div | K | K | | | | | |
| 29. Franklin Flx Cap Growth Mutual Fund | A | Div | K | K | | | | | |
| 30. Enterprise Growth-B Mutual Fund | A | Div | | | Sold | 12/22 | L | | |
| 31. Putnam Health Science Mutual Fund | A | Div | K | K | | | | | |
| 32. Nasdaq 100 Trust | A | Div | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,561-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = ssessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature      Date  May 13, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544